**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DANIEL MATHIS

v.                                                          2:23-cv-498-NPM

COMMISSIONER OF SOCIAL SECURITY

---

### ORDER

Having obtained an award of benefits, Daniel Mathis requests a fee award pursuant to 42 U.S.C. § 406(b). Section 406(b) contemplates a reasonable contingent fee award—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court. The requested fee is reasonable for the reasons stated in Mathis's motion.

Accordingly, the unopposed fee motion (Doc. 19) is **GRANTED**. The clerk is directed to amend the judgment in favor of Mathis to include a fee award of $28,009.00.[1] The fee award will be paid out of Mathis's past-due benefits, subject to agency policy. *See* 42 U.S.C. § 406(d). If the withheld benefits in the Commissioner's possession are insufficient to satisfy the amount of fees determined reasonable by the court, then the attorney must look to the claimant to recover the difference.

**ORDERED** on March 25, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge

---

[1] Because Mathis's counsel previously retained $3,104.77 in fees awarded to Mathis under the Equal Access to Justice Act ("EAJA"), he must refund the EAJA fees to Mathis. (Doc. 16; Doc. 19-2).